# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No.  **5:12-CR-00005-001 (CAR)** |
| **STACY BLOODSWORTH** | ) | |
| | ) | |
| | ) | |

## VIOLATION PETITION DISMISSAL ORDER

On May 6, 2024, a *Petition for Warrant or Summons for Offender Under Supervision* (Doc. #156) was filed against the above-named defendant for violations of his supervised release. On May 16, 2024, the defendant was arrested on the outstanding violation warrant related to the violation petition. The same date, he appeared before the Court for an initial appearance hearing and was released on a personal recognizance bond with conditions of release to include home detention with GPS location monitoring, weekly drug testing, participation in substance abuse treatment, supervision by the U.S. Probation Office, and a residential restriction.

The Court postponed addressing the outstanding violation petition, pending the defendant's successful participation and completion of a substance abuse treatment program. The defendant has remained compliant with substance abuse treatment and remained negative of all drug screens for illegal substances. His supervision is set to expire on October 11, 2024.

**IT IS HEREBY ORDERED** that the *Petition for Warrant or Summons for Offender Under Supervision* (Doc. #156) filed on May 6, 2024, be dismissed for good and sufficient cause shown to the Court.

SO ORDERED this **10** day of **October**, 2024.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE